UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC BERNARD HENDLEY,

   Plaintiff,

v.                                           Case No. 3:23cv15015-MCR-HTC

MARTIN O'MALLEY,
Commissioner of the Social
Security Administration,

   Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 9, 2024 (ECF No. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this Order.

2. The Commissioner's decision is set aside and the matter is REMANDED under Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with this Order and the Report and Recommendation.

3. The clerk is directed to enter judgment in favor of Hendley and close the file.

**DONE AND ORDERED** this 27th day of August 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv15015-MCR-HTC